AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Eastern District of Kentucky

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Shelia Clemons | ) | Case No. 6:25-MJ-6123-HAI |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __July 30, 2025__ in the county of __Jackson__ in the __Eastern__ District of __Kentucky__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 844(i) | Arson of Property Affecting Interstate Commerce |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

/s/ Todd E. Tremaine w.p.b. Hanly A. Ingram
*Complainant's signature*

Todd Tremaine, SSA
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 08/06/2025

*Judge's signature*

City and state: Lexington, Kentucky      Hanly A. Ingram, United States Magistrate Judge
*Printed name and title*