# Affidavit

* * * * * * * *

I, Todd E. Tremaine, a Special Agent with the Bureau of Alcohol, Tobacco, Firearms & Explosives ("ATF"), United States Department of Justice, being duly sworn, depose and state as follows:

1.  I have been a Special Agent ("SA") with the Bureau of Alcohol, Tobacco, Firearms & Explosives ("ATF") since July 2001. I am a graduate of the University of Kentucky, with a Bachelor of Science Degree in Accounting. I have been assigned to the Lexington III Field Office, London Satellite Office, since June 2008. Prior to this, I was assigned to the ATF Louisville I Group from July 2001 until June 2008. In this capacity, I have investigated numerous cases involving firearms trafficking, explosives trafficking, contraband cigarette trafficking, armed drug trafficking, robbery, arson, and murder. I have participated in the execution of search warrants and arrests related to these crimes. From February 2004 until February 2008, I was assigned to the Drug Enforcement Administration ("DEA") Louisville District Office ("DO") Task Force. In this capacity I have investigated numerous complex narcotics cases and have participated in the execution of search warrants and arrests resulting from the distribution of controlled substances and the concealing of drug related assets.

2.  I have conducted or assisted in numerous criminal investigations of alleged violations of the National Firearms Act, Gun Control Act, Controlled Substances Act and the Arson and Explosives Act. Your Affiant has attended various training courses on

firearms trafficking, drug trafficking, asset forfeiture, RICO and complex investigations, money laundering, and firearms offenses and the investigation thereof. I am familiar with and/or have participated in all the normal methods of investigation, including but not limited to, visual surveillance, the questioning of witnesses, and the use of cooperating witnesses and/or confidential informants. I have assisted in the investigation of commercial fires on several occasions in my 24 years as a Special Agent with ATF.

3. I know pursuant to Title 18 § 844(i) it is unlawful for any person to maliciously damage or destroy by means of fire any building or vehicle used in interstate or foreign commerce or in any activity affecting interstate commerce.

4. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents, officers, and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

5. On July 30, 2025, and 11:37 p.m., Jackson County (KY) 911 received a call from Trevor Dezarn, who reported a fire at Lincoln Hall, which is on the campus of Grace Covenant Ministries in Annville, KY. Dezarn is a supervisor for Barnabas Home, which is a non-profit agency that houses adolescent males ages 12-18 who are wards of the state. Barnabas Home also sits on the campus of Grace Covenant Ministries.

6. Following the 911 call, first responders from several agencies, to include Pond Creek Fire and Rescue and the Jackson County Sheriff's Office, arrived at the scene and attempted to suppress the fire at Lincoln Hall. Though the fire was eventually brought under control, Lincoln Hall was destroyed and the roof collapsed onto the lower

floors. Your Affiant and other ATF investigators responded to the fire scene in the morning of July 31, 2025. Upon arrival, I met with Jackson County Sheriff's Department Deputy James Weaver. Deputy Weaver advised me that he had been investigating the fire and stated he suspected it could be arson.

7. Deputy Weaver said he was instructed by his supervisor to interview Shelia Clemons. Deputy Weaver was advised that Shelia Clemons drove a SUV and it was parked at her mother's residence. Deputy Weaver stated he was informed by his supervisor that Shelia Clemons had recently made statements about killing herself, and she was the estranged wife of Chris Clemons, the current groundskeeper for Grace Covenant Ministries. Deputy Weaver advised me that Chris Clemons lived in a residence on the campus near Lincoln Hall.

8. Deputy Weaver said he spoke to Shelia Clemons at 5:15 a.m. on July 31, 2025, at her mother's residence. Deputy Weaver identified a gray Ford Explorer in the driveway bearing KY License # L0F-332. Deputy Weaver confirmed the vehicle was registered to Shelia Clemons. Shelia Clemons advised she went to see Chris Clemons at his house on Campus Drive (which is on the campus of Grace Covenant Ministries) between 8 p.m. and 10 p.m. Deputy Weaver said Shelia Clemons said she left Chris' residence around 10 p.m. and went to a nearby gas station to get gas. Shelia Clemons said she went back to Chris' house briefly, and was at her mother's residence by 10:15 p.m. and stayed there until the deputy arrived. Shelia Clemons signed Deputy Weaver's notes, affirming her statement was true.

9. In the early hours of July 31, 2025, employees at Barnabas Home retrieved surveillance video from around the time the fire was reported. I have watched the video, which has not yet been formally analyzed by ATF digital forensics experts as of the date of this affidavit. On the video, a vehicle is seen driving from the direction of Chris Clemons' residence toward Barnabas House at 11:23:47 p.m. It should be noted that it is believed that the time on the video is within 30-35 seconds of actual eastern standard time. The vehicle then pulled into a parking area that is near a baseball field and is approximately 100 yards from the northwest corner of Lincoln Hall. The vehicle parked facing Lincoln Hall, and the vehicle's headlights and running lights turned off at 11:24:14 p.m. (this is the time on the DVR system, which is within seconds of actual time). The tail running lights are seen again 8 seconds later, and then they shut off again at 11:24:48 p.m.

10. The lights on the car come back on again at 11:25:46 p.m., and stay on for 24 seconds before going off again. The lights briefly flashed, as if a remote locking device was used to lock the car. From the vantage point of the camera that is placed at Barnabas Home, no activity or movement can be seen on the camera around the area of the vehicle until 11:30:25 p.m., when the vehicles running lights are illuminated. Seconds later, the brake lights are visible and a sound consistent with an engine starting can be heard at 11:30:32 p.m.. Shortly thereafter, the vehicle backs out of the spot and disappears from the video in the direction of the west entrance/exit of the campus. At approximately 11:31:25 p.m., I observed small movements of light in what appeared to me to be the windows of Lincoln Hall. I also heard audio of the staff at Barnabas Home

4

discussing the light they were seeing around this time on the video. On the video, I observed Trevor Dezarn talking on the phone just before 11:38 p.m., in what appears to be his call to 911. Dezarn is seen getting in a vehicle and driving toward Lincoln Hall.

11. Based on the surveillance video, Deputy Weaver thought the vehicle in the video was consistent in appearance to the vehicle he had seen earlier belonging to Shelia Clemons. At 7:50 a.m., Deputy Weaver and Deputy Christian Collins made contact with Shelia Clemons and interviewed her at her mother's residence. During this interview, Shelia Clemons admitted that was her in her SUV parked on campus between Barnabas Home and Lincoln Hall—in direct contravention of her previous signed statement that she returned to her mother's home at approximately 10:15 p.m. and remained there all night. Shelia Clemons stated she was only there a short time in order to text her son Christopher Braxton Clemons. Deputy Collins advised me Shelia Clemons stated she did not exit her vehicle when she parked there. Shelia denied having any involvement with setting the fire.

12. While at this residence, the deputies also interviewed Christopher Braxton Clemons. Christopher Braxton Clemons stated he was in Somerset the night of the fire until 3-4 a.m. Braxton Clemons said Shelia Clemons picked him up at The Palace in London, KY.

13. Upon my arrival on the campus of Grace Covenant Ministries on July 31, 2025, I oriented myself with the area. I noticed the following: Lincoln Hall's location was prominent on the campus and was situated facing south toward KY Highway 3630. Annville Reformed Community Church sits on the southeast corner of the campus near

KY 3630. Barnabas Home's office building sits almost 370' due west from Lincoln Hall. The residential building leased by Barnabas Home that provided the previously mentioned camera footage is approximately 690 feet west and slightly north of Lincoln Hall. The area where the vehicle parked at 11:24 p.m. is between the building with the camera and Lincoln Hall. This parking area is approximately 300 feet from the northwest corner of Lincoln Hall. A building named Sexton Hall sits to the northeast of Lincoln Hall. Additionally, there were residences located on the campus. SA Tremaine observed the residence belonging to Chris Clemons, the husband of Shelia Clemons, is approximately 470 feet east and slightly north of Lincoln Hall.

14. To arrive at the location of the parking area northwest of Lincoln Hall, Shelia Clemons had to head south from her husband's home and turn right at the first intersection, heading west, going the wrong way on the one-way (west-to-east) Campus Drive. The surveillance footage (from Barnabus House) substantiates her traveling this path. The route Shelia Clemons drove was also off the route that would have taken her to her mother's home, which would have seen her head south and turn left at the first intersection, heading east, the correct direction for that one-way street, and turning left, eastbound, onto Highway 3630.

15. I interviewed several individuals affiliated with Barnabas Home on July 31, 2025. First, I interviewed Nick Sizemore, the Chief Financial Officer for Barnabas Home. Sizemore informed me that Barnabas Home pays rent to Grace Covenant Ministries for the use of their buildings on campus. Sizemore informed me that 19 boys, ages 12-18, are housed with their organization on campus. Sizemore provided me with a

copy of the surveillance footage from a camera affixed to a building leased by Barnabas Home.

16.   I interviewed Trevor Dezarn, a supervisor with Barnabas Home. Dezarn said he was awoken by another employee who alerted him about a possible fire at Lincoln Hall. Dezarn said he went outside and observed fire in the northwest corner of Lincoln Hall. Dezarn said he contacted 911 and 11:37 p.m. and got in a vehicle and proceeded to Lincoln Hall. Dezarn provided a cell phone video to me. I watched the video, which showed fire coming out of the first-floor windows on the northwest corner—the corner of the building closest to the location Shelia Clemons stopped her vehicle—of Lincoln Hall.

17.   I also interviewed Raymond Caldwell, a night monitor for Barnabas Home. Caldwell stated to me that he was working on the night of July 30, 2025, and he went outside to smoke a cigarette at approximately 11:30 p.m. Caldwell stated he heard the sound of two car doors shutting, and then he observed the brake and back-up taillights on a vehicle light up. Caldwell described the vehicle to be sitting between his vantage point and Lincoln Hall. Caldwell said he observed the vehicle leave the campus of Grace Covenant Ministries. Caldwell said he went inside to check on a child and grabbed a cup of coffee. Caldwell said he returned outside and observed what he thought was a light in the basement window of Lincoln Hall. Caldwell said that got his attention because he had not seen a light on in that building at night. Caldwell then stated he observed another light on in the building and then thought it might be a fire and so he alerted his co-workers.

18. On July 31, 2025, I interviewed Chris Clemons at his residence located on the campus of Grace Covenant Ministries. Chris is the current groundskeeper for Grace Covenant Ministries. Chris stated he and his wife Shelia have been separated, and he had an emergency protection order against her up until last week. Chris explained that on the evening of July 30, 2025, Shelia came to his residence while he wasn't home. Chris explained that his son Ashton Clemons and his 16 year-old daughter was there with her infant child and her boyfriend. Chris said he was alerted to Shelia coming to the residence because his daughter texted him and asked "why is mom here" followed by "she is sitting in your room crying", and "hasn't said a word to anyone". Chris said these texts came thru around 8:08 p.m.

19. Chris provided Shelia's phone number as 606-208-4667. Chris informed SA Tremaine that Shelia had an Apple I-Phone. Chris said he arrived home around 8:30 p.m. Chris said Shelia drove a gray Ford Explorer. Chris explained that his daughter, the daughter's boyfriend, and infant left his residence. At some point, the only people in the residence where Chris, Shelia, and Ashton. Chris said Shelia left his residence just before 10 p.m. in order to get gas, and she returned 10-15 minutes later. When Shelia returned, Chris said Shelia started making statements like she didn't have anything to live for, and she asked Chris for his gun. Chris said Shelia was upset about their possible divorce. Shelia said Ashton tried to talk to her and told her he loved her. Shelia then said she could kill Chris and then kill herself. Chris said Ashton asked his mother to leave at that point. Chris said Shelia left his residence between 11:20 p.m. and 11:25 p.m.

20. Following the interview with Chris, I interviewed Sean Ashton Clemons. Ashton informed met that Shelia made statements about killing his father and then killing herself before leaving their residence in her Ford Explorer.

21. On July 31, 2025, I interviewed Brian Murray, a board member for both Grace Covenant Ministries and the Annville Christian Academy. Murray advised Grace Covenant Ministries continually receive donations of goods, to include clothes, from out of state and they routinely sell them to support their ministries. Murray told me that Annville Christian Academy pays rent to Grace Covenant Ministries for the use of their facilities on the campus. Murray stated the intent was for Annville Christian Academy to pay rent for the use of Lincoln Hall once the renovation was complete. Murray stated Annville Christian Academy is a tuition-based school.

22. On July 31, 2025, and again on August 1, 2025, I interviewed Chad Demeres. Demeres stated he is the current director of Grace Covenant Ministries. Demeres stated that at the time of the fire, construction was active on the building and they were in phase 1 of a project to remodel and restore Lincoln Hall. Demeres said the first phase was constructing an external building with an elevator shaft that would service all three floors of Lincoln Hall. Once the elevator shaft was complete, the second phase would be to remodel the inside of Lincoln Hall. Demeres said Grace Covenant Ministries received a generous donation from an individual in Florida that was being used to construct the elevator shaft for Lincoln Hall. Demeres stated the plan was for Annville Christian Academy to lease Lincoln Hall and use it as part of their school. Demeres stated Annville Christian Academy currently pays rent to Grace Covenant Ministries for

the use of Sexton Hall for classrooms. Demeres stated Grace Covenant Ministries receives monthly financial support from 52 churches across the nation. Demeres stated grace Covenant Ministries routinely received donated items from out of state which they sell at their thrift store. Demeres said the thrift store sits across the street from campus and the money earned their supports their various ministries.

23. On July 31, 2025, ATF Task Force Officer Brian Lewis interviewed Lonnie Madden with Sturgeon Creen Construction. Madden said his company had been working on the elevator shaft construction for approximately 2 years. Madden said the elevator shaft was on schedule to be completed by September 1, 2025. Madden advised the door near the northwest corner of Lincoln Hall was "dummy locked" and could be opened. Madden advised the electrical supplies for the elevator shaft were shipped from Virginia Electric to Tennessee before arriving at the jobsite in Kentucky.

24. I learned through this investigation that Shelia Clemons is employed in London, KY. I also learned that she usually gets off from work around 5 p.m. At approximately 5:25 p.m., I observed Clemons exit her employer's place of business. I activated a digital audio recording device and exited my vehicle. I introduced myself and Special Agent Sarah Decker to Clemons. I informed Clemons that I would like to speak with her, and that my office was close by. Clemons agreed to drive and follow me and SA Decker to the ATF London Satellite Office. Clemons agreed to come inside and speak with myself and SA Decker.

25. At the start of the interview, I advised her of her Constitutional rights both verbally and via an ATF rights waiver form. SA John Barnett was also present for

portions of the interview. Clemons signed the form and agreed to speak with law enforcement. Clemons was asked if her previous statement to Deputy Weaver was accurate, and she said it was. I had prepared a line-by-line affidavit documenting portions of Clemons' statement with Deputy Weaver, and I read them to Clemons. I asked Clemons if those portions were accurate, and she said that it was, with the only exception being that she called her son after leaving her husband's house, and did not send a text. Clemons also affirmed that she did not exit her vehicle while parked between Barnabas Home and Lincoln Hall. Clemons signed a sworn affidavit stating that statement was true.

26. Later in the interview, I asked Clemons follow-up questions about the precise times regarding her travel on the evening of July 30, 2025. I asked Clemons again if she exited her vehicle, and she stated she never left her vehicle. I informed Clemons that the ATF National Response Team ("NRT") was in Annville, KY, and had several fire investigators, engineers, and forensic examiners searching for evidence relating to the origin and cause of the fire. I informed Clemons that several surveillance cameras captured what happened. I further informed her that I thought she was lying. Clemons then advised she did exit her vehicle and walked down "there" and walked back. Clemons said she walked up to the steps of Lincoln Hall. Clemons was then asked by SA Barnett if she meant for the fire to get as big as it did. SA Tremaine followed up and asked Clemons if she intended for the fire to be a nuisance, and Clemons said "yeah".

27. Clemons said she started the fire with a lighter, and reached into a broken basement window on the west wall in the northwest corner of Lincoln Hall. Clemons

11

said she initially walked to the front steps of Lincoln Hall, but did not go up the steps. Clemons then stated she walked around to the northwest side and set the fire. Clemons said she lit paper inside the building by reaching through the window to start the fire.

## CONCLUSION

28.    Based on the facts set forth in this affidavit, I believe there is probable cause to believe that on July 30, 2025, Shelia Clemons destroyed by fire a building affecting interstate commerce, in Jackson County, Kentucky, in the Eastern District of Kentucky, in violation of Title 18 U.S.C. § 844(i).

Respectfully submitted,

/s/ Todd E. Tremaine w.p.b. Hanly A. Ingram
_____
Todd E. Tremaine
ATF Senior Special Agent

Subscribed and sworn to per Rule 4.1(b)(2)(A) on August 6, 2025.

_____
Hanly A. Ingram
UNITED STATES MAGISTRATE JUDGE